NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE THE LEX GROUP VA**

2010-1115

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 76/665,046.

---

**JUDGMENT**

---

SEAN T.C. PHELAN, Hanify & King, P.C., of Washington, DC, argued for appellant. On the brief was EDWARD A. PENNINGTON.

CHRISTINA J. HIEBER, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office. With her on the brief were RAYMOND T. CHEN, Solicitor, and WILLIAM LAMARCA, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* LOURIE, and BRYSON, *Circuit Judges*).
**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 7, 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk